IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. RODRIGUEZ-PIZARRO
**Plaintiff(s)**

v.

COMMISSIONER OF SOCIAL SECURITY
**Defendant(s)**

**CIVIL NO.** 03-1320(JAG)

**ORDER**

On March 10th, 2006, Magistrate-Judge Justo Arenas issued a Report and Recommendation ("R&R") to **AFFIRM** the decision rendered by the Commissioner of Social Security, denying plaintiff Luis A. Rodriguez-Pizarro's ("plaintiff") application for a period of disability and Social Security disability benefits. (Docket No. 21) The Magistrate-Judge reported that "[l]ooking at the evidence as a whole, I cannot conclude that the Commissioner's decision has failed to comply with the requirements of the substantial evidence rule." Id., at 7.

On March 13th, 2006, plaintiff submitted objections to the R&R. (Docket No. 22). However, said objections fail to elaborate on the issues raised, and simply restate the arguments that the Magistrate-Judge considered. See Berrios-Velez v. Barnhart, 402 F.Supp. 2d 386, 393 n.9 (D.P.R. 2005)(holding that when the objections lack specificity and the plaintiff only restates the arguments that the

Civil No. 03-1320 (JAG)                                               2

Magistrate-Judge considered, he /she cannot expect the Court to treat the filing seriously). Therefore, upon review of the record, the Court rules that the Commissioner's decision is supported by substantial evidence and, accordingly, **ADOPTS** the Magistrate-Judge's R&R. The case is hereby **DISMISSED**. Judgment shall enter accordingly.

    IT IS SO ORDERED

    In San Juan, Puerto Rico, this 20th day of March, 2006.

                                        S/Jay A. Garcia-Gregory
                                        JAY A. GARCIA-GREGORY
                                        United States District Judge